## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| BESSIE DAVIS, | ) C/A No.: 3:21-CV-03645-JMC |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| OUTBACK STEAKHOUSE OF FLORIDA, | ) |
| LLC, JOHN GRIFFIN, and JOHN DOE(S) 1-2, | ) |
| | ) |
| Defendants. | ) |

WHEREAS, this matter was removed from the Richland County Court of Common Pleas to this Court on November 5, 2021 [ECF 1]; and

WHEREAS, the Plaintiff has now agreed to stipulate to damages of less than $75,000.00 in this matter; and

WHEREAS, the Parties have jointly moved to remand this matter back to the Court of Common Pleas for Richland County, South Carolina (Case No.: 2021-CP-40-04294);

IT IS HEREBY ORDERED:

That the United States District Clerk of Court remand this matter back to the Court of Common Pleas for Richland County, South Carolina (Case No.: 2021-CP-40-04294) for further adjudication.

AND IT IS SO ORDERED.

                                                                s/J. Michelle Childs
                                                                J. Michelle Childs
                                                                United States District Judge

December 6, 2021
Columbia, South Carolina

HSB 7012873 v.1